NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN AQUASOURCE, INC,**
*Appellant,*

**v.**

**JOHN MCHUGH, Secretary of the Army,**
*Appellee.*

---

2014-1083

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 56677 and 57275, Administrative Judge Elizabeth A. Tunks.

---

**JUDGMENT**

---

SUSAN K. MONTEE, of St. Joseph, Missouri, argued for appellant.

STEVEN M. MAGER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. On the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, MARTIN F. HOCKEY, JR., Assistant Director, and DAVID A. HARRINGTON, Senior Trial Counsel.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 10, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |